## LOVINGOOD *v.* LOVINGOOD *et al.*

LAMAR, J.    The evidence being conflicting, the discretion of the judge in sustaining the certiorari, and granting a first new trial, will not be interfered with by this court.    *Flanders* v. *Wood*, 113 *Ga.* 635.

*Judgment affirmed.    All the Justices concur.*

Submitted November 3,—Decided November 14, 1903.

Certiorari.    Before Judge Gober.    Fannin superior court.    May 29, 1903.

*Griffin & Attaway, Thomas A. Brown,* and *William Butt,* for plaintiff in error.

*Dupree & Dobbs,* contra.